# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:00-cv-09065-FMC-PJWx | Date | February 5, 2008 |
|---|---|---|---|
| Title | Engine Manufacturers v. South Coast Air, et al | | |

Present: The Honorable  **FLORENCE-MARIE COOPER**

| Cheryl Smith-Lintner | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER VACATING STATUS CONFERENCE UPON NOTICE OF SETTLEMENT    (In Chambers)

The Court has been notified that the parties in this case have settled. The status conference set for Monday, February 11, 2008 at 9:00 a.m. is hereby vacated. Counsel are to file the stipulation for entry of judgment for the Court's signature.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | CASL | |