FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FEB - 6 2008
3:25
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

1  KURT R. WIESE, District Counsel (State Bar No. 127251)
   SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
2  21865 Copley Drive
   Diamond Bar, CA 91765-0940
3  Tel: (909) 396-2302
   Fax: (909) 396-2961
4
   DANIEL P. SELMI (State Bar No. 67157)
5  919 S. Albany Street
   Los Angeles, CA 90015
6  Tel: (213) 736-1098
   Fax: (213) 380-3769
7
   FRAN M. LAYTON (State Bar No. 111788)
8  WINTER KING (State Bar No. 237958)
   SHUTE, MIHALY & WEINBERGER LLP
9  396 Hayes Street
   San Francisco, CA 94102
10 Tel: (415) 552-7272
   Fax: (415) 552-5816
11
   Attorneys for Defendants, SOUTH COAST
12 AIR QUALITY MANAGEMENT DISTRICT, et al.

13                    UNITED STATES DISTRICT COURT

14           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

16 ENGINE MANUFACTURERS           ) Case No. 00-09065 FMC (BQRx)
   ASSOCIATION,                   )
17                                ) **STIPULATION FOR ENTRY OF**
          Plaintiff,              ) **JUDGMENT:**
18                                )
   WESTERN STATES PETROLEUM       )
19 ASSOCIATION,                   ) Courtroom 750
                                  ) **Hon. Florence-Marie Cooper**
20        Plaintiff-in-Intervention ) **United States District Judge**
                                  )
21     v.                         )
                                  )
22 SOUTH COAST AIR QUALITY        )
   MANAGEMENT DISTRICT            )
23 ("SCAQMD"); WILLIAM A. BURKE,  )
   SCAQMD Board Chairman; NORMA J.)
24 GLOVER, SCAQMD Vice-Chairman;  )
   MICHAEL D. ANTONOVICH, SCAQMD  )
25 Board Member; JANE W. CARNEY,  )
   SCAQMD Board Member; CYNTHIA P.)
26
27
28

STIPULATION FOR ENTRY OF JUDGMENT
Case No. 00-09065 FMC (BQRx)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | COAD, SCAQMD Board Member;<br>BEATRICE J.S. LAPISTO-KIRTLEY,<br>SCAQMD Board Member; RONALD O.<br>LOVERIDGE, SCAQMD Board Member;<br>JON D. MIKELS, SCAQMD Board<br>Member; LEONARD PAULITZ,<br>SCAQMD Board Member; CYNTHIA<br>VERDUGO-PERALTA, SCAQMD Board<br>Member; S. ROY WILSON, SCAQMD<br>Board Member; and BARRY R.<br>WALLERSTEIN, SCAQMD Executive<br>Officer, |
| 8 | Defendants. |
| 9<br>10<br>11 | NATURAL RESOURCES DEFENSE<br>COUNCIL, INC., COALITION FOR<br>CLEAN AIR, INC., COMMUNITIES<br>FOR A BETTER ENVIRONMENT, INC.,<br>PLANNING AND CONSERVATION<br>LEAGUE, and SIERRA CLUB, |
| 12 | Defendants-in-Intervention. |

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1.   On August 31, 2000, Plaintiff Engine Manufacturers Association ("EMA") filed the above-captioned lawsuit challenging the mandatory vehicle purchase requirements set forth in six rules (Rules 1191, 1192, 1193, 1194, 1196 and 1186.1 ("Fleet Rules")) adopted by Defendant South Coast Air Quality Management District ("SCAQMD"). EMA's complaint alleged the Fleet Rules were pre-empted by the Clean Air Act ("CAA"), Section 209(a), 42 U.S.C. § 7543(a). Subsequently, EMA amended its complaint to challenge Rule 1195 in addition to the other Fleet Rules. Western States Petroleum Association ("WSPA") intervened as a plaintiff in the action. Natural Resources Defense Council, Inc., et al. ("NRDC") intervened as defendants in the action.

2.   On August 23, 2001, the District Court entered summary judgment against EMA and WSPA, holding that the Fleet Rules were not preempted by CAA Section 209(a). The

Ninth Circuit summarily affirmed.

3. The Supreme Court reversed, holding that mandatory vehicle purchase requirements could be within the scope of CAA Section 209(a). *Engine Mfrs. Ass'n v. South Coast Air Quality Mgmt. Dist. ("EMA v. SCAQMD")*, 541 U.S. 246, 255 (2004). The Supreme Court concluded, however, that the Fleet Rules were not necessarily pre-empted *in toto*, and remanded the case for a determination of "the scope of petitioners' challenge, whether some of the Fleet Rules (or some applications of them) can be characterized as internal state purchase decisions (and, if so, whether a different standard for pre-emption applies), and whether § 209(a) pre-empts the Fleet Rules even as applied beyond the purchase of new vehicles (e.g., to lease arrangements or to the purchase of used vehicles)." *Id.* at 259.

4. On remand, the District Court held: (1) EMA's challenge to the Fleet Rules was a facial challenge; (2) the market participant exception to pre-emption applied in the context of CAA Section 209(a); (3) the Fleet Rules as applied to state and local governments fell within the market participant exception to pre-emption; and (4) because certain applications of the Fleet Rules were not pre-empted by Section 209(a), EMA's facial challenge to the Fleet Rules failed.

5. EMA appealed this decision to the Ninth Circuit, which affirmed the District Court in part, vacated in part, and remanded the case to the District Court for further proceedings. *EMA v. SCAQMD*, 498 F.3d 1031 (2007). In particular, the Ninth Circuit upheld the District Court's determination that those provisions of the Fleet Rules that apply to state and local governments fall within the market participant exception to pre-emption. *Id.* at 1048. The Ninth Circuit remanded the case for the District Court to consider whether the remaining provisions of the Fleet Rules (i.e., those that apply to private entities and the federal government) are pre-empted by CAA § 209(a). *Id.* at 1050.

6. The SCAQMD, NRDC, EMA, and WSPA (the "parties") agree that the attached [Proposed] Judgment resolves the remaining issues in this case. Accordingly, the parties request that the Court enter the Judgment and dismiss this action with prejudice.

IT IS SO STIPULATED AND AGREED BY:

Dated: January 24, 2008    SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, ET AL.

By: _____
BARRY R. WALLERSTEIN, D. ENV.

Approved as to form by:

_____
FRAN M. LAYTON
SHUTE, MIHALY & WEINBERGER LLP
Attorneys for Defendants SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, et al.

Dated: January __, 2008    NATURAL RESOURCES DEFENSE COUNCIL, ET AL.

By:_____

Approved as to form by:

_____
DAVID PETTIT

NATURAL RESOURCES DEFENSE COUNCIL
Attorney for Defendants-in-Intervention
NATURAL RESOURCES DEFENSE
COUNCIL, INC., et al.

Dated: January __, 2008    ENGINE MANUFACTURERS ASSOCIATION

By:_____

Approved as to form by:

_____
TIMOTHY A. FRENCH

NEAL, GERBER & EISENBERG
Attorney for Plaintiff
ENGINE MANUFACTURERS ASSOCIATION

IT IS SO STIPULATED AND AGREED BY:

Dated: January __, 2008         SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, ET AL.

By:_____
    BARRY R. WALLERSTEIN, D. ENV.


Approved as to form by:


_____
FRAN M. LAYTON

SHUTE, MIHALY & WEINBERGER LLP
Attorneys for Defendants SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, et al.

Dated: January __, 2008         NATURAL RESOURCES DEFENSE COUNCIL, ET AL.

By: [signature]

Approved as to form by: [signature]

_____
DAVID PETTIT

NATURAL RESOURCES DEFENSE COUNCIL
Attorney for Defendants-in-Intervention
NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.

Dated: January __, 2008         ENGINE MANUFACTURERS ASSOCIATION

By:_____


Approved as to form by:


_____
TIMOTHY A. FRENCH

NEAL, GERBER & EISENBERG
Attorney for Plaintiff
ENGINE MANUFACTURERS ASSOCIATION

STIPULATION FOR ENTRY OF JUDGMENT
Case No. 00-09065 FMC (BQRx)                3

```
 1        IT IS SO STIPULATED AND AGREED BY:

 2  Dated: January __, 2008    SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,
                               ET AL.
 3
 4                             By:_____
                                   BARRY R. WALLERSTEIN, D. ENV.
 5
 6                             Approved as to form by:

 7                             _____
 8                                 FRAN M. LAYTON

 9                             SHUTE, MIHALY & WEINBERGER LLP
                               Attorneys for Defendants SOUTH COAST AIR QUALITY
10                             MANAGEMENT DISTRICT, et al.
11
12  Dated: January __, 2008    NATURAL RESOURCES DEFENSE COUNCIL, ET AL.

13
                               By:_____
14

15                             Approved as to form by:
16
17                             _____
                                   DAVID PETTIT
18
                               NATURAL RESOURCES DEFENSE COUNCIL
19                             Attorney for Defendants-in-Intervention
                               NATURAL RESOURCES DEFENSE
20                             COUNCIL, INC., et al.

21  Dated: January __, 2008    ENGINE MANUFACTURERS ASSOCIATION

22                             By:_____

23
24                             Approved as to form by:
25
26                             _____
                                   TIMOTHY A. FRENCH
27
                               NEAL, GERBER & EISENBERG
28                             Attorney for Plaintiff
                               ENGINE MANUFACTURERS ASSOCIATION
```

STIPULATION FOR ENTRY OF JUDGMENT
Case No. 00-09065 FMC (BQRx)                    3

| | | |
|---|---|---|
| 1 | Dated: January 17, 2008 | WESTERN STATES PETROLEUM ASSOCIATION |
| 2 | | By: _____ |

Approved as to form by:

_____
MARK E. ELLIOTT

PILLSBURY WINTHROP
Attorney for Plaintiff-in-Intervention
WESTERN STATES PETROLEUM
ASSOCIATION

C:\Documents and Settings\layton\Local Settings\Temporary Internet Files\OLK18\wk003(Stipulated Judgment)v3.wpd