JS-6

1  KURT R. WIESE, District Counsel (State Bar No. 127251)
   SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
2  21865 Copley Drive
   Diamond Bar, CA 91765-0940
3  Tel: (909) 396-2302
   Fax: (909) 396-2961
4
   DANIEL P. SELMI (State Bar No. 67157)
5  919 S. Albany Street
   Los Angeles, CA 90015
6  Tel: (213) 736-1098
   Fax: (213) 380-3769
7
   FRAN M. LAYTON (State Bar No. 111788)
8  WINTER KING (State Bar No. 237958)
   SHUTE, MIHALY & WEINBERGER LLP
9  396 Hayes Street
   San Francisco, CA 94102
10 Tel: (415) 552-7272
   Fax: (415) 552-5816
11
   Attorneys for Defendants, SOUTH COAST
12 AIR QUALITY MANAGEMENT DISTRICT, et al.

13                UNITED STATES DISTRICT COURT

14         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

16 ENGINE MANUFACTURERS                    ) Case No. 00-09065 FMC (BQRx)
   ASSOCIATION,                            )
17                                         ) [████████] JUDGMENT
           Plaintiff,                      )
18                                         ) Courtroom 750
   WESTERN STATES PETROLEUM                ) **Hon. Florence-Marie Cooper**
19 ASSOCIATION,                            ) **United States District Judge**
                                           )
20     Plaintiff-in-Intervention           )
                                           )
21     v.                                  )
                                           )
22 SOUTH COAST AIR QUALITY                 )
   MANAGEMENT DISTRICT                     )
23 ("SCAQMD"); WILLIAM A. BURKE,           )
   SCAQMD Board Chairman; NORMA J.         )
24 GLOVER, SCAQMD Vice-Chairman;           )
   MICHAEL D. ANTONOVICH, SCAQMD           )
25 Board Member; JANE W. CARNEY,           )
   SCAQMD Board Member; CYNTHIA P.         )

26

27

28

---

STIPULATION FOR ENTRY OF JUDGMENT
Case No. 00-09065 FMC (BQRx)

| | |
|---|---|
| COAD, SCAQMD Board Member; BEATRICE J.S. LAPISTO-KIRTLEY, SCAQMD Board Member; RONALD O. LOVERIDGE, SCAQMD Board Member; JON D. MIKELS, SCAQMD Board Member; LEONARD PAULITZ, SCAQMD Board Member; CYNTHIA VERDUGO-PERALTA, SCAQMD Board Member; S. ROY WILSON, SCAQMD Board Member; and BARRY R. WALLERSTEIN, SCAQMD Executive Officer,<br><br>Defendants.<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., COMMUNITIES FOR A BETTER ENVIRONMENT, INC., PLANNING AND CONSERVATION LEAGUE, and SIERRA CLUB,<br><br>Defendants-in-Intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Having considered the Stipulation for Entry of Judgment among Plaintiff Engine Manufacturers Association ("EMA"), Plaintiff-in-Intervention Western States Petroleum Association ("WSPA"), Defendants South Coast Air Quality Management District, et al. (together, "SCAQMD"), and Defendants-in-Intervention Natural Resources Defense Council, Inc., et al. (together, "NRDC"), having reviewed the material in the Court's file, and being fully informed in this matter, the Court enters Judgment as follows:

1. SCAQMD Rules 1191, 1192, 1193, 1194, 1195, 1196, and 1186.1 ("Fleet Rules") are not preempted by the Clean Air Act Section 209(a), 42 U.S.C. § 7543(a), in so far as they direct the purchasing, procuring, leasing, and contracting decisions of state and local government entities, including the State of California, counties, cities, and special districts, and private entities under contract to, or operating under an exclusive license or a franchise with, state and local government entities.

2. Consistent with the U.S. Supreme Court's decision in *Engine Mfrs. Ass'n v. South Coast Air Quality Mgmt. Dist.*, 541 U.S. 246, 255 (2004), the Fleet Rules are preempted

by the Clean Air Act Section 209(a), 42 U.S.C. § 7543(a), in so far as they direct the purchasing, procuring, leasing, and contracting decisions of federal government entities and private entities that are not under contract to, or operating under an exclusive license or a franchise with, state or local government entities.

3. This Judgment fully resolves all issues of fact and law raised in the above-captioned case.

4. The Court retains continuing jurisdiction to enforce this Judgment.

5. Each party shall assume its own costs, including attorneys' fees.

IT IS SO ADJUDGED, DECREED, AND ORDERED.

Dated: Feb. 7 2008

Hon. Florence Marie-Cooper
United States District Court Judge

P:\SCAQM\Fleet\Dist Ct Proceedings (Post-Second Appeal)\wk005(Proposed Judgment FINAL).wpd